1:15-cv-06607-SAS
1:18-cv-01228-JSR
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
IN RE:

JOHNS-MANVILLE CORPORATION,                              82-B-11656 (CGM)

        Debtor.

-------------------------------------------------------------

THE BOGDAN LAW FIRM, AS
COUNSEL FOR SALVADOR PARRA,
JR.,                                                     1: 15-cv-06607-SAS

        Appellant,                                1:18-cv-01228-JSR

    v.

MARSH USA, INC.,

        Appellee.
------------------------------------------------------------- X

## NOTICE OF APPEAL

Notice is hereby given that Appellee Marsh USA, Inc. in the above-captioned case appeals to the United States Court of Appeals for the Second Circuit from (1) this Court's March 15, 2016 Opinion and Order (Scheindlin, J.) (Case No. 1:15-cv-06607-SAS, Dkt. No. 13) insofar as it reversed in part the July 27, 2015 Memorandum Decision Granting the Motion of Marsh USA to Enforce the Confirmation Order (Case No. 82-B-11656 (CGM), Dkt. No. 4171) and the August 5, 2015 Order Enforcing the Johns-Manville Confirmation Order and Related Orders (Case No. 82-B-11656 (CGM), Dkt. No. 4173), each issued by the

25682550.7

Bankruptcy Court for the Southern District of New York; and (2) each and every portion of this Court's July 27, 2018 Opinion and Order (Case No. 1:18-cv-01228-JSR, Dkt. No. 28), which reversed the Bankruptcy Court's January 2018 Order Enforcing the Confirmation Order and Injunction, and granted Salvador Parra, Jr. ("Parra") leave to proceed with his Mississippi state court action.

Dated: August 23, 2018
      New York, New York

Respectfully submitted,

WILLKIE FARR & GALLAGHER LLP
By: /s/ Mitchell J. Auslander
Mitchell J. Auslander
Jonathan D. Waisnor
Timothy G. Fleming (*Pro Hac Vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
mauslander@willkie.com

Joseph G. Davis (*Pro Hac Vice*)
1875 K Street, NW
Washington, DC 20006-1238
Telephone: (202) 303-1000
jdavis@willkie.com

*Attorneys for Appellee Marsh USA, Inc.*

To: Todd E. Duffy, Esq.
    Douglas A. Amedeo, Esq.
    DUFFYAMEDEO LLP
    275 Seventh Avenue
    7th Floor
    New York, New York 10010
    Tel: (212) 729-5832
    tduffy@duffyamedeo.com
    damedeo@duffyamedeo.com

*Attorneys for Appellant
The Bogdan Law Firm as
Counsel to Salvador Parra,
Jr.*