USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
In re                                                               :
                                                                    :
JOHNS-MANVILLE CORPORATION,                                         :
                                                                    :     15-CV-6607 (ALC)
                                      Debtor.                       :
                                                                    :     **ORDER**
------------------------------------------------------------------- x
                                                                    :
THE BOGDAN LAW FIRM, AS COUNSEL FOR                                 :
SALVADOR PARRA, JR.,                                                :
                                                                    :
                                      Appellant,                    :
                                                                    :
                v.                                                  :
                                                                    :
MARSH USA, INC.,                                                    :
                                                                    :
                                      Appellee                      :
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The Parties are hereby **ORDERED** to submit a joint status report to the Court indicating how they would like to proceed in this matter on or before June 18, 2020.

**SO ORDERED.**

**Dated:   June 4, 2020**
         **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**