```
                                                            USDC SDNY
                                                            DOCUMENT
UNITED STATES DISTRICT COURT                                ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                               DOC#: _____
------------------------------------------------------------- x  DATE FILED: 6/19/2020
In re                                                      :
                                                           :
JOHNS-MANVILLE CORPORATION,                                :
                                                           :    15-CV-6607 (ALC)
                              Debtor.                      :
                                                           :    ORDER OF DISMISSAL
------------------------------------------------------------- x
                                                           :
THE BOGDAN LAW FIRM, AS COUNSEL FOR                        :
SALVADOR PARRA, JR.,                                       :
                                                           :
                              Appellant,                   :
                                                           :
              v.                                           :
                                                           :
MARSH USA, INC.,                                           :
                                                           :
                              Appellee                     :
------------------------------------------------------------- x
```

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the Parties' joint status report. ECF No. 23. The Clerk is respectfully directed to close this case.

**SO ORDERED.**

Dated:    **June 19, 2020**
          **New York, New York**

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**